UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIFFANY SIMMONS,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

      Defendant.
_____/

Case No. 24-cv-10851
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126